130 A.3d 1282

**Kareem JONES, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 159 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 27, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.